# United States District Court
## District of Utah
### 350 South Main Street
### Salt Lake City, Utah 84101

Chambers of
**J. Thomas Greene**
**United States Senior Judge**
**U.S. Courthouse**

Telephone (801) 524-6180
Fax No. (801) 526-1164

FINANCIAL DISCLOSURE OFFICE

RECEIVED

Aug 24 11 03 AM '04

August 9, 2004

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:   Calendar Year 2003 Filing

Dear Committee:

In response to your letter dated July 27, 2004, the following explanations are offered:

1)   In Part VII, page 2, line 27, "Centennial Money Market" was mistakenly reported as it does not meet the minimum threshold reporting requirements.

In Part VII, page 4, line 72, "Zions Bank Checking" should have included a parenthetical "(X)" inserted alongside the asset name in Column A.

2)   In Part VII, page 4, line 68, "DJB ███████ Trust and RDJ Buchanan Ent. Inc - Farm Properties" should include the word "NONE" in Column B(2).

3)   In part VII, page 2, line 30, "Finova Group Inc. Stock" should not have been listed, but rather a note in part VIII should have been included which read that the stock was disposed of due to bankruptcy.

In part VII, page 2, line 68, "DJB ███████ Trust and RDJ Buchanan Ent. Inc - Farm Properties", Columns C(1) and C(2) should have been left blank.

4)   In Part VII, page 2, line 27, of the 2002 report "US Bancorp-Piper Jaffray Money Market" was mistakenly reported as it did not meet the minimum threshold reporting requirements.

If there are any further questions with regard to the report, please let me know.

Sincerely,



J. Thomas Greene

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Greene, John Thomas | 2. Court or Organization<br>U.S. District Court, Utah | 3. Date of Report<br>3/5/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Dis. Judge–Senior status | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br>United States Courthouse<br>350 South Main Street #447<br>Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED   MAR 15   11 17 AM '04

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

✔ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

**NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/2003 | Sale of RDJ Buchanan Enterprises, Inc. Farm Properties |

## IV. REIMBURSEMENTS— transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | Feb. 4-12 - Seattle, WA, ABA Midyear Meeting (Transportation, Meals, and Room) |
| 2. | Administrative Office of the Courts | Sept. 3-5 - Jackson, WY, 10th Cir. Judicial Conference (Transportation, Meals, and Room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Zions First National Bank | Car (van) loan | K |
| 2. Zions First National Bank | Home Improvement loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/5/04 |

## VII. INVESTMENTS and TRUSTS– income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Account #1 (Prudential) (Dormant Account) | | | | | | | | | |
| 2. May Department Stores | A | Dividend | J | T | | | | | |
| 3. J.C. Penny | A | Dividend | J | T | | | | | |
| 4. Brokerage Account #2 (AG Edwards, formerly Piper Jaffery) | | | | | | | | | |
| 5. _ Money Market - Pershing Gov. Account | A | Interest | J | T | | | | | |
| 6. _ MCI World Com Stock | | None | J | T | | | | | |
| 7. _ World Inc. New MCI Group | | None | J | T | | | | | |
| 8. _ Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 9. _ Geoworks, Inc. | | None | J | T | | | | | |
| 10. _ Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 11. _ Yum Brands, Inc. | A | Dividend | J | T | | | | | |
| 12. _ Certegy, Inc. | A | Dividend | J | T | | | | | |
| 13. _ Lucent Technologies | | None | J | T | | | | | |
| 14. _ Motorola, Inc. | A | Dividend | J | T | | | | | |
| 15. IRA #1 (Equitable Life - Equivest) | | | | | | | | | |
| 16. _ Equitable Life Money Market (Guaranteed Int Account) | A | Interest | K | T | Withdrawl | 12/15 | J | | |
| 17. _ Aggressive Stock Fund -Equivest | A | Dividend | J | T | | | | | |
| 18. _Alliance Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/5/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer-seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. _ EQ/Alliance Growth & Income | A | Dividend | J | T | | | | | |
| 20. _ EQ/Berstein Diversified | A | Dividend | J | T | | | | | |
| 21. _ EQ/Mercury Basic Value | A | Dividend | J | T | | | | | |
| 22. _ EQ/Putnum Growth & Income | A | Dividend | J | T | | | | | |
| 23. _ EQ/FI Small/Mid Cap Value | A | Dividend | J | T | | | | | |
| 24. _ EQ/Alliance Quality Bond | A | Dividend | J | T | | | | | |
| 25. _ EQ/Alliance Monthly Market | A | Dividend | J | T | | | | | |
| 26. IRA #2 (AG Edwards, formerly Piper - Jaffray) | | | | | | | | | |
| 27. _ Centenial Money Market | A | Interest | J | T | | | | | |
| 28. _ Avaya, Inc. Stock | A | Dividend | J | T | | | | | |
| 29. _ Dell Computer Stock | A | Dividend | J | T | | | | | |
| 30. _ Finova Group Inc. Stock | | None | J | T | Bankruptcy | | | | |
| 31. _ Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 32. _ Lucent Technology Stock | | None | J | T | | | | | |
| 33. _ Motorola Inc. Stock | A | Dividend | J | T | | | | | |
| 34. _ Pfizer Inc. Stock | A | Dividend | J | T | | | | | |
| 35. _ Nabors Industries Stock | A | Dividend | J | T | | | | | |
| 36. _ USX Marathon Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/5/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. _ Dynegy Inc. | A | Dividend | J | T | | | | | |
| 38. IRA #3 (Zions Investment Securities) | | | | | | | | | |
| 39. _ Pershing Money Fund | A | Interest | J | T | | | | | |
| 40. _ MFS Utility Fund | A | Dividend | J | T | | | | | |
| 41. _ Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 42. _ Franklin U.S. Govt. Fund | A | Dividend | K | T | Partial Sale | 01/15 | J | | |
| 43. _ Eaton Vance World Health Fund | A | Dividend | J | T | | | | | |
| 44. _ Franklin Income Fund Class A | A | Dividend | J | T | Buy | 01/15 | J | | |
| 45. AXP Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 46. AARP - Tax Free Muni Bond Fund (Scudder Managed) | A | Dividend | J | T | | | | | |
| 47. AARP - Tax Free Money Fund | A | Interest | J | T | | | | | |
| 48. AARP - Growth & Income Fund | A | Dividend | J | T | | | | | |
| 49. Alliance Growth & Income Fund | A | Dividend | J | T | | | | | |
| 50. Alliance Technology Fund | A | Dividend | J | T | | | | | |
| 51. AIM Charter Fund | A | Dividend | J | T | | | | | |
| 52. Mass Investors Growth Stock Fund | A | Dividend | J | T | | | | | |
| 53. Sun America Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 54. Pepco Holdings Stock (formerly Potomac Electric Power) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000.000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer-seller<br>(if private<br>transaction) |
| 55. Glaxo Welcome - Smith Klein Stock | A | Dividend | J | T | | | | | |
| 56. Hewlitt-Packard Stock (formerly Compaq Computer) | A | Dividend | J | T | | | | | |
| 57. Walgreens Stock | A | Dividend | J | T | | | | | |
| 58. Equifax, Inc.Stock | A | Dividend | J | T | | | | | |
| 59. Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 60. Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 61. U.S. Government EE Series Bonds | A | Interest | J | T | Buy Monthly | 1/12 | J | | |
| 62. U.S. Treasury T Bills | B | Interest | L | T | | | | | |
| 63. Wells Fargo Market Based Account | A | Interest | J | T | | | | | |
| 64. Zions First National Bank - Money Market | A | Interest | J | T | | | | | |
| 65. Associated Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 66. Beehive Credit Union | A | Interest | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. DJB Family Trust and RDJ Buchanan Ent. Inc. - Farm Properties | | | M | T | Sell | 01/03 | M | A | Cowley Farms, Richfield, UT |
| 69. ▇▇▇sucessor, stockholder and director of above | | | | | | | | | |
| 70. Mainstay Capital Appreciation Fund C | A | Interest | J | T | Buy | 8/20 | J | | |
| 71. Mainstay High Yield Corporate Bond | A | Interest | K | T | Buy | 8/22 | K | | |
| 72. Zions Bank Checking (Spouse) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greene, John Thomas | 3/5/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.   Zions Bank - Ultimate CD | A | Interest | L | T | Buy | 1/15 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Greene, John Thomas | 3/5/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████          Date March 5, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544